

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

November 15, 2024

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    United States v. Nikolay Levinson, 24mj3984

Dear Judge Krause:

    Defendant Nikolay Levinson was arrested this morning and will be brought before the Court for his initial appearance on the above-referenced complaint. Accordingly, the Government respectfully requests that Your Honor sign an order unsealing the complaint and arrest warrant.

    Thank you for your consideration.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                  United States Attorney

             By:   _____
                       Jeffrey C. Coffman
                       Assistant United States Attorney
                       (914) 993-1940

SO ORDERED:

_____
HON. ANDREW E. KRAUSE
United States Magistrate Judge
Southern District of New York

Dated: November 15, 2024