UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NIKOLAY LEVINSON,<br><br>Defendant. | 24 mj 3984<br><br>**ORDER** |

     WHEREAS, a Criminal Complaint was filed against the defendant on November 14, 2024 in the instant matter charging him with two counts of Mailing a Threatening Communication pursuant to 18 USC §876(c); and

     WHEREAS, by motion dated April 21, 2025, defense counsel requested, with the consent of the Government, that the Court order a psychiatric or psychological evaluation of the defendant, pursuant to 18 U.S.C. § 4241, to determine whether the defendant is currently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceeding against him or to assist properly in his defense;

     IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 4241 and 18 U.S.C. § 4247(b), that the defendant is committed to the custody of the Attorney General for placement in a suitable facility at which the Bureau of Prisons shall conduct a psychological or psychiatric examination of the defendant, for a period not to exceed thirty (30) days, to determine his competency, and to determine if he is currently suffering from a mental disease or defect. Unless impracticable, the psychiatric or psychological examination shall be conducted in the suitable facility closest to the

court. The thirty-day period shall be counted from the day of the defendant's arrival at the designated institution;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C § 4247(c), that a report of examination be prepared and furnished to the Court, counsel for the defendant, and counsel for the government;

IT IS FURTHER ORDERED THAT upon completion of the aforementioned thirty-day period, the defendant shall be returned for further proceedings.

Dated: White Plains, New York
April 23, 2025

_____
Honorable Andrew E. Krause
United States Magistrate Judge
Southern District Of New York

> The Clerk of Court is hereby directed to mark the motion at ECF No. 17 as GRANTED.
>
> The parties are hereby directed to provide a joint status report to this Court by June 27, 2025.