TANNER & ORTEGA, L.L.P.
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

NEW YORK CITY OFFICE
277 BROADWAY
SUITE 1701A
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

MEMO ENDORSED

WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (212) 962-1778

July 14, 2026

Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

Modification request **GRANTED**.

Defendant's release condition is modified from home incarceration to home detention enforced by GPS location monitoring.

SO ORDERED.
Hon. Victoria Reznik, U.S.M.J.
7/15/26

BY ECF AND EMAIL/PDF

Re: *United States v. Nikolay Levinson*, 24-mj-3984
Letter Motion for Modification of Pretrial Release

Dear Judge Reznik:

I am appointed CJA Counsel to represent the defendant in the above matter, who is charged in a complaint with mailing threatening communications, and which substantially underlies the petition in my client's pending VOSR matter before the Honorable Edgardo Ramos in 23 Cr. 570 (ER). My client suffers from certain psychological and behavioral disorders, diagnosed by multiple doctors, which are mitigating factors in his two pending cases.

On February 20, 2026, a Bond Hearing was held before the Honorable Judith C. McCarthy, when the defendant was released on consent with strict conditions (ECF Doc No. 40)[1], as part of a long-term treatment plan, which included:

- Standard conditions of release;
- Personal recognizance bond;
- Home incarceration at his parents' home in New Jersey to be supervised by his parents and sister;
- Supervision by Pretrial Services as directed;
- GPS location monitoring;

[1] The defendant was detained on consent after presentment. On September 24, 2025, at the joint request of the parties, the Hon. Judith C. McCarthy, ordered that my client be temporarily released for two days, on agreed upon conditions of bail, in order to attend an appointment with the New Jersey Division of Developmental Disabilities ("DDD"). He fully complied with all conditions while released, surrendered to the United States Marshals Service ("USMS") on September 26, 2025 and was returned to custody. On December 15, 2025, again at the joint request of the parties, Your Honor granted temporary release of the defendant from December 15 until December 17, 2025 in order for him to attend medical/psychological appointments, meet with his DDD counselor in New Jersey and to arrange support services, which led to the defendant's release on the instant strict conditions.

- Direction to attend all appointments relating to the above-detailed treatment plan and to take all medications as prescribed;
- No internet access;
- Authorization for Pretrial Services to conduct home visits as they deem necessary.

Since that time, and with the approval of Pretrial Services, the defendant is residing at Devereux Advanced Behavioral Health Group Facility in Hasbrouck Heights, New Jersey, under the auspices of the New Jersey State Division of Developmental Disabilities ("DDD"), where he is being treated and supervised 24/7 by behavioral staff.

I now write to the Court, with the consent of the Government and Pretrial Services, for modification of the defendant conditions of release, from home incarceration to home detention enforced by GPS location monitoring. I am informed that this change is necessary to continue the defendant's progress in treatment by allowing him, while fully supervised at all times, to participate in vocational and other programming, religious services and periodic excursions from the facility for therapeutic reintegration into the community, such as for supermarket shopping, haircuts, etc., as recommended by Devereux Staff and subject to the approval of Pretrial services.

The parties believe that the foregoing will aid the parties in reaching an appropriate global pretrial resolution of these cases.

Thank you for your consideration of this application.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc: AUSA Jeffrey Coffman (By ECF and Email/PDF)
David Stern, Esq. (By ECF and Email/PDF)
Senior PTSO Afonso Fernandes, D.N.J. (By Email/PDF)
Supervisory PTSO Cynthia Labrovic Diaco, SDNY, White Plains (By Email/PDF)